**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| RICKEY MCGEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-38 |
| | § | |
| DIRECTOR-TDCJ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

A final judgment was previously entered dismissing this lawsuit pursuant to Federal Rule of Civil Procedure 41(b). The dismissal was based on plaintiff's failure to pay the initial partial filing fee as ordered.

After the final judgment was entered, plaintiff paid the initial partial filing fee and filed a motion asking that the case be reopened. The court is of the opinion that the motion should be granted. Accordingly, it is

**ORDERED** that Plaintiff's motion to reopen this case (#7) is **GRANTED**. The final judgment previously entered (#6) is **VACATED**, and this action is reinstated on the court's active docket.

SIGNED at Beaumont, Texas, this 4th day of November, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE